NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EARL BUTLER, DOC# G02261,          )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D17-2693
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____     )

Opinion filed June 15, 2018.

Appeal from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

Anthony W. Surber, Mulberry, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.

            Affirmed.

BLACK, SLEET, and SALARIO, JJ., Concur.